JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, and MONSTER BEVERAGE CORPORATION, <br><br> Petitioners, <br><br> v. <br><br> HRHH HOTEL/CASINO, LLC, a Delaware Limited Liability Company, HRHH IP, LLC, a Delaware Limited Liability Company, and DOES 1–50, inclusive, <br><br> Respondents. | CASE NO.      CV 13-01888-R <br><br> JUDGMENT |

Petitioners Monster Energy Company and Monster Beverage Corporation (collectively, "Monster") petitioned to confirm the arbitration award and to enter judgment. Pursuant to this Court's Order Granting Petitioners' Motion to Confirm Arbitration Award and Denying Respondents' Motion to Vacate Arbitration Award, the Court hereby enters judgment as follows:

(1)  The Final Arbitration Award dated August 16, 2013 in the arbitration matter between Monster and HRHH Hotel/Casino, LLC and HRHH IP, LLC (collectively, "Hard Rock"), before Judicial Arbitration & Mediation Services ("JAMS"), is confirmed in its entirety.

(2)  Hard Rock breached the contract with Monster, including the covenant of good faith and fair dealing, by selling all of its rights in the Rehab trademark for beverages, and then after receiving payment on the sale, attempting to reacquire the rights to the Rehab mark for beverages by filing trademark applications in the United States and abroad. Hard Rock shall pay to Monster $30,000 in damages as a result of Hard Rock's breach of contract.

(3)  It is hereby declared that:

(a)  Monster acquired by assignment all rights, title and interest that Hard Rock possessed in the trademark Rehab for all beverages.

(b)  Monster is the unequivocal and unconditional owner of Rehab beverage trademark (Reg. No. 3353473) having acquired by assignment all federal and international rights, title and interest that Hard Rock possessed in the trademark Rehab.

(c)  Hard Rock's assignment of the trademark Rehab for all beverages, including the registered trademark (Red. No. 3353473), was in perpetuity and is not limited by time.

(d)  Monster's ownership of the Rehab beverage trademark (Reg. No. 3353473) is not limited by type of beverage.

(e)  Monster may use its Rehab beverage trademarks alone and/or in connection with its other trademarks or any other marks.

(f)  Monster has complied with all of its contractual obligations to Hard Rock Hotel & Casino.

(g)  Monster has fully performed all obligations for the assignment and purchase of the Rehab trademark, and any dispute concerning other components of the LOI and Supplement has no effect on, and is independent and separate from, the binding, separate and fully performed and completed sale of the Rehab trademark.

(h)  Hard Rock is precluded from using the Rehab trademark for beverages.

(4)  All of Hard Rock's counterclaims are denied and judgment on each of them shall be entered in favor of Monster and against Hard Rock in all respects.

2

(5)  Monster is the prevailing party in the arbitration proceeding and is entitled to recover from Hard Rock $1,210,721.00 in attorneys' fees and $259,348.41 in costs, for a total of $1,470,069.41 in arbitration attorneys' fees and costs.

(6)  Hard Rock shall pay to Monster the total sum of $1,500,069.41 in arbitration damages, attorneys' fees and costs.

Dated:  January 27, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE